PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Jeremy L. Dobson                    Case Number: 3:02-00187-02

Name of Judicial Officer: The Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: December 5, 2003

Original Offense: Counts 1-4: 21 U.S.C. § 841(a)(1), Distribution of Cocaine; Count 5: 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute 100 Kilograms or More of Marijuana; Count 6: 18 U.S.C. § 924(c), Carry/Possession of a Firearm in Furtherance of Drug Trafficking

Original Sentence: Total term of 120 months' custody followed by 4 years' supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: June 21, 2011

Assistant U.S. Attorney: Sunny A.M. Koshy          Defense Attorney: William Billington Bruce

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 22 day of April, 2014,
and made a part of the records in the above case.

_____
U. S. District Judge
Todd J. Campbell

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place       Columbia, Tennessee

Date        April 22, 2014

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **Shall not leave the judicial district without permission of the court or probation officer:**

   On April 20, 2014, Jeremy L. Dobson received a speeding ticket from the Illinois State Police on Interstate 24. Mr. Dobson did not request permission to travel.

**Compliance with Supervision Conditions and Prior Interventions:**

This officer spoke with Mr. Dobson who stated his girlfriend had tickets to the Miley Cyrus concert which was cancelled, so they decided to take a trip to St. Louis, Missouri. Mr. Dobson could not give an excuse as to why he did not request permission prior to his travel. Mr. Dobson was reprimanded for his bad decision.

Mr. Dobson is currently employed and lives with his girlfriend.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Dobson be continued on supervised release.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer